UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Midwest Operating Engineers Welfare Trust Fund and Midwest Operating Engineers Pension Trust Fund, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 14 C 8752 |
| v. | ) ) | |
| Allied Stone, a division of RiverStone Group, Inc., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## AMENDED AGREED MOTION FOR ENTRY OF JUDGMENT

Plaintiffs Midwest Operating Engineers Welfare Trust Fund and Midwest Operating Engineers Pension Trust Fund (collectively, "the Funds"), move to enter judgment against Defendant Allied Stone, a division of RiverStone Group, Inc. ("Allied Stone"), for unpaid contributions owed, interest, liquidated damages, costs, and attorneys' fees under Section 515 of the Employee Retirement Income Security Act (ERISA) of 1974, 29 U.S.C. § 1145. In support of this Motion, the Funds state that:

1. On November 3, 2014, the Funds filed suit against Allied Stone for unpaid contributions, interest, liquidated damages, and attorneys' fees and costs owed under a collective bargaining agreement with Local 150 of the International Union of Operating Engineers, AFL-CIO ("Local 150" or "the Union"), which was effective from May 3, 2010, through May 3, 2015 (Complaint ¶ 5, Ex. A, Doc. #1-1, filed 11/03/14, PageID #5-34).

2. On March 30, 2016, this Court entered its "Memorandum Opinion and Order," denying Allied Stone's Motion for Summary Judgment, and granting the Funds' Motion for Summary Judgment (Doc. #40, filed 03/30/16, at Page 12 of 12, PageID #1132).

3. Pursuant to previous agreement by the parties, Allied Stone has reported to Fund counsel the hours worked by its employees from September 2014 through April 2015 (Exhibit A, Certification of Thomas M. Bernstein (hereinafter "Bernstein Cert."), ¶ 3, Attachment 1). Counsel for Allied Stone has stated that the Company will stipulate to the accuracy of these hours worked.

4. Based upon the hours worked as reported by Allied Stone, the MOE Funds have calculated unpaid contributions owed for the entire timeframe to be $294,467.27 (Ex. A, Bernstein Cert. ¶ 4).

5. Pursuant to Section 502(g) of ERISA, the Funds are entitled to recover interest on those unpaid contributions. 29 U.S.C. § 1132(g)(2)(B). The Funds have calculated interest based upon an annual rate of 8 percent to be $31,984.97 (Ex. A, Bernstein Cert. ¶ 4).

6. Pursuant to Section 502(g) of ERISA, the Funds are entitled to liquidated damages not to exceed 20 percent. 29 U.S.C. § 1132(g)(2)(C)(ii). The Funds have calculated liquidated damages for the unpaid contributions in the amount of $58,893.45 (Ex. A, Bernstein Cert. ¶ 4).

7. Pursuant to Section 502(g) of ERISA, the Funds are entitled to an award of reasonable attorneys' fees and costs. 29 U.S.C. § 1132(g)(1). The Funds have incurred costs in this action in the total amount of $535.00 (Ex. A, Bernstein Cert. ¶ 4).

8. The Funds have incurred attorneys' fees in this action in the total amount of $31,100.14 (Ex. A, Bernstein Cert. ¶ 5).

WHEREFORE, the Midwest Operating Engineers Welfare Trust Fund and the Midwest Operating Engineers Pension Trust Fund respectfully request that the Court enter judgment for unpaid contributions, interest, liquidated damages, and attorneys' fees and costs in the amounts set forth below (a Proposed Order to this effect is attached hereto as Exhibit B):

| | |
|---|---:|
| Unpaid contributions for hours worked September 2014 through April 2015 | $294,467.27 |
| Interest on unpaid contributions based upon annual interest rate of 8 percent: | $31,984.97 |
| Liquidated damages for unpaid contributions: | $58,893.45 |
| Costs: | $535.00 |
| Attorneys' fees: | $31,100.14 |
| Total: | $416,980.83 |

Dated: April 11, 2016  Respectfully submitted,

By: /s/ Dale D. Pierson
   One of the Attorneys for the Funds

Attorneys for the Funds:
Dale D. Pierson
Charles R. Kiser
Robert A. Paszta
Institute for Worker Welfare, P.C.
6141 Joliet Road, Countryside, IL 60525
Ph: (708) 579-6613; Fx: (708) 588-1647
dpierson@local150.org
ckiser@local150.org
rpaszta@local150.org

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that on April 11, 2016, he electronically filed the foregoing with the Clerk of Court using the CM/CM/ECF system which sent notification to the following:

Andrew J. Martone (andymartone@hessemartone.com)
Matthew B. Robinson (mattrobinson@hessemartone.com)
Hesse Martone, P.C.
13354 Manchester Road, Suite 100
St. Louis, MO 63131
Ph. 314/862-0300; Fx. 314/862-7010

            By: /s/ Dale D. Pierson
               One of the Attorneys for the Funds

Attorneys for the Funds:
Dale D. Pierson
Charles R. Kiser
Robert A. Paszta
Institute for Worker Welfare, P.C.
6141 Joliet Road, Countryside, IL 60525
Ph: (708) 579-6613; Fx: (708) 588-1647
dpierson@local150.org
ckiser@local150.org
rpaszta@local150.org